PAMELA TAHIM THAKUR (Bar No. 239717)
pamela@thakurlawfirm.com
WILLIAM R. SCHUBERT (Bar No. 323458)
william@thakurlawfirm.com
THAKUR LAW FIRM, APC
1400 N. Harbor Blvd., Suite 410
Fullerton, CA 92835
Telephone:  (714) 772-7400
Facsimile:   (714) 333-4943

Attorneys for Plaintiff JEFFREY MILLER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MILLER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ACME HOME ELEVATOR, INC., a California corporation dba STANNAH STAIRLIFTS; PACIFIC COMCENTER, LLP, a Nevada limited liability limited partnership; and DOES 1-10<br><br>Defendant. | Case No. 8:21-cv-00728-JLS-ADS<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Jeffrey Miller ("Plaintiff") hereby notifies the Court that the parties have reached a settlement, and Plaintiff voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants ACME HOME ELEVATOR, INC., and PACIFIC COMCENTER, LLP have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without

an Order of the Court.

DATED: November 18, 2021                **THAKUR LAW FIRM, APC**

                                        By: */s/ Pamela Tahim Thakur*
                                            PAMELA TAHIM THAKUR
                                            WILLIAM R. SCHUBERT
                                            Attorneys for Plaintiff JEFFREY MILLER

THAKUR LAW FIRM, APC
1400 N. Harbor Blvd., Suite 410
Fullerton, California 92835